# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**270**
**KA 16-01650**
PRESENT: PERADOTTO, J.P., LINDLEY, DEJOSEPH, NEMOYER, AND TROUTMAN,

---

THE PEOPLE OF THE STATE OF NEW YORK, APPELLANT,

V                                                                ORDER

ROBERT WYCHE, DEFENDANT-RESPONDENT.

---

MICHAEL J. FLAHERTY, JR., ACTING DISTRICT ATTORNEY, BUFFALO (DAVID A. HERATY OF COUNSEL), FOR APPELLANT.

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (BARBARA J. DAVIES OF COUNSEL), FOR DEFENDANT-RESPONDENT.

--------------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), dated June 1, 2016. The order, inter alia, granted that part of the omnibus motion of defendant seeking to merge the kidnapping in the second degree count of the indictment with the robbery in the second degree count of the indictment.

It is hereby ORDERED that the order so appealed from is unanimously affirmed for reasons stated in the decision at Supreme Court.

Entered: March 24, 2017                                 Frances E. Cafarell
                                                        Clerk of the Court